**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

(1) Jonathan A. Brownlee III _____
   (Name of Plaintiff)      (Inmate Number)
Lackawanna County Prison
1371 N Washington Ave Scranton, PA 18509
   (Address)

(2) _____
   (Name of Plaintiff)      (Inmate Number)

1:18CV1319
(Case Number)

_____
   (Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.                                              CIVIL COMPLAINT

(1) United States of America _____

(2) _____

FILED
SCRANTON

JUN 29 2018

PER _____ /s/ _____
        DEPUTY CLERK

(3) _____
   (Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER: ___✓___ 42 U.S.C. § 1983 - STATE OFFICIALS
                   _____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  **PREVIOUS LAWSUITS**

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ___ Yes ✓ No

C. If your answer to "B" is Yes:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to "B" is No, explain why not: The claim does not involve an event that occoured within a correctional facility.

## III. DEFENDANTS

(1) Name of first defendant: United States of America

Employed as _____ at _____
Mailing address: _____
(2) Name of second defendant: _____
Employed as _____ at _____
Mailing address: _____
(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address: _____

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. A Pocono Mountain Regional Police dept. police officer made a faulty investigation where the officer concluded that the Plaintiff violated Meagan's Law by not registering that his employment terminated. The investigating officer arrested

2

the Plaintiff. The Plaintiff was innocent unnecessarily imprisoned for about 1 year

2. After suffering about 1 year of unnecessary imprisonment waiting for his 1st day of trial, it was formally confirmed that the Plaintiff's imprisonment for about 1 year was in fact unnecessary when the judge ruled that the Plaintiff was "Not Guilty" of the Meagan's Law violation charge that had been imposed upon him

3. by the United States of America. The police dept. employed an officer insufficiently trained investigating. I suffered (about) 1 year of unnecessary imprisonment "only" because of the US Government's doings and absolutely "none" of my own doings. After waiting (about) 1 year for trial, the court "confirmed" that I was Not Guilty of the charge the United States of America initially alleged and is "FAULTY" for my suffering.

## V. RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. I request money damages compensation in the amount of $80 Million dollars.

2. And, I request a judgement which causes me to no longer be required to register for Meagan's Law.

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __24th__ day of __June__, 20__18__.

_____Jonathan A. Brownell III_____
(Signature of Plaintiff)

<u>Extra Sheets</u> continued for Jonathan Brownlee III's Form to be used by a prisoner in filing a Civil Rights Complaint vs. MCCF

<u>III.</u> Exhaustion of Administrative Remidies.

Concerning the prisoner grievance proceedure as it relates to fully exhausting availible administrative remidies for Monroe County Correctional Facility, Stroudsburg, PA.

I Jonathan A. Brownlee, the Plaintiff am aware of the grievance procedure process and how it escalates.

In relation to <u>IV</u> the Statement of the Claim, the farthest point that administrative remidies could be exhausted was a grievance form/request slip already in my possession. This is because, I over-heard Correctional Officers saying that they were going to move me into a cell with a sexually threatening inmate, I took it upon myself to verbally and by request slip (on hand) request that I am not moved in with the threatening inmate. This administrative remedy is all that there was time to file, (, the request slip), moments/minutes later I was moved in to the cell with the rapist inmate. And in less than 24 hours I was raped. There would have been no time to fill out a request slip requesting a grievance form then waiting days to recieve the actual grievance form to address the issue because by then it would have been too late.

This was a time sensitive matter and "availible" administrative remedies (of the filed request slip(s)/grievance form(s)) were ehausted, as no other administrative remedies were available within the time frame the event (rape) transpired.

<u>IV</u> Statement of Claim.

More briefly. While in the Protective Custody unit, I informed Correctional Officers verbally and in writing on a filed request slip/grievance form that if I were to be moved into a cell with another inmate that I would be raped by that inmate, because I have been threatened before. The Correctional Officers and Supervising Correctional Officers reviewed and disregarded my request slip(s)/grievance form(s) and moved me in with the rapist inmate anyway. I was raped by the rapist inmate in less than 24 hours. (During my stay in MCCF's PC unit for about 1 year, multiple inmates threatened to rape me if I were moved in with them)

Extra Sheets continued for Jonathan Brownlee III's Civil Rights Complaint form v.s. MCCF

The uppoximate date and time of the event giving rise to my claim is documented in request slip(s), grievance form(s), and the police report.

This information is unknown to (me,) the Plaintiff at the present time, reference must be made to those documents for the requested uppoximate date and time of the (rape) event. Copies of the request slip(s) and grievance form(s) must be requested from Monroe County Correctional Facility and a copy of the police report must be requested from the police department that Services Monroe County Correctional Facility in Stroudsburg, PA.

Monroe County Correctional Facility employed Correctional Officers who were not trained properly, or disregarded their training in order to perform the duties of their employment, which is to protect inmates property when "informed" "a danger to an inmates safety exists.

Name: Jonathan A. Brownlee II
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

FOREVER USA

LEHIGH VALLEY PA 180
27 JUN 2018 PM 5 L

CONTENTS MAILED FROM
A CORRECTIONAL FACILITY

c/o Clerk of Court
United States Courthouse
235 N. Washington Ave.
Scranton, PA 18501

18501-500155

RECEIVED
SCRANTON
JUN 30 2018
PER _____ DEPUTY CLERK