IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN A. BROWNLEE, III, | : | |
| Plaintiff | : | |
| | : | No. 1:18-cv-01319 |
| v. | : | |
| | : | (Judge Kane) |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 21st day of August 2018, **IT IS ORDERED THAT**:

1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 7), construed as a motion to proceed without full prepayment of the filing fee, is **GRANTED**;

2. Plaintiff's complaint (Doc. No. 1), is **DISMISSED** without prejudice;

3. Defendant United States of America is **DISMISSED** from this action with prejudice; and

4. Plaintiff is granted thirty (30) days from the date of this Order in which to file an amended complaint. If Plaintiff elects to file an amended complaint, Plaintiff is advised to adhere to the standards set forth in the Federal Rules of Civil Procedure and the directives set forth by this Court in the accompanying Memorandum. If Plaintiff fails to file an amended complaint within thirty (30) days of the date of this Order, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania