# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN A. BROWNLEE, III, : <br>     Plaintiff : <br> : <br> v. : <br> : <br> SGT. KENNETH LENNING, : <br>     Defendant : | No. 1:18-cv-1319 <br><br> (Judge Kane) |

## ORDER

**AND NOW**, on this 16th day of July 2019, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendant Lenning's motion to dismiss (Doc. No. 70) is **GRANTED**;

2. Plaintiff's second amended complaint (Doc. No. 66) is **DISMISSED WITH PREJUDICE** as time-barred;

3. Plaintiff's motion for production of documents (Doc. No. 64), Plaintiff's motion for leave to file a third amended complaint (Doc. No. 67), Defendant Lenning's motion to strike (Doc. No. 68), Plaintiff's motion requesting the Court to hold Defendant Lenning in contempt (Doc. No. 72), and Plaintiff's motion requesting the Court to withdraw his proposed third amended complaint as misfiled (Doc. No. 79) are **DENIED**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania